UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YADIRA TORRES, Derivatively on Behalf of Nominal Defendant PRIMO BRANDS CORPORATION,<br><br>                          Plaintiff,<br><br>   v.<br><br>ERIC J. FOSS, C. DEAN METROPOULOS, BRITTA BOMHARD, SUSAN E. CATES, MICHAEL J. CRAMER, JERRY FOWDEN, TONY W. LEE, BILLY D. PRIM, KIMBERLY REED, STEVEN P. STANBROOK, ROBBERT RIETBROEK, JOSEPH ROSENBERG, ALLISON SPECTOR, KURTIS BARKER, DAVIS HASS, and JASON AUSHER,<br><br>                          Defendants,<br><br>and<br><br>PRIMO BRANDS CORPORATION,<br><br>                          Nominal Defendant. | Case No. 3:25-cv-02108<br><br>Hon. Janet C. Hall |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

      Plaintiff Yadira Torres ("Plaintiff") and Defendants Eric J. Foss, C. Dean Metropoulos, Britta Bomhard, Susan E. Cates, Michael J. Cramer, Jerry Fowden, Tony W. Lee, Billy D. Prim, Kimberly Reed, Steven P. Stanbrook, Robbert Rietbroek, Joseph Rosenberg, Allison Spector, Kurtis Barker, Davis Hass, and Jason Ausher (collectively "Individual Defendants"), and Nominal Defendant Primo Brands Corporation ("Primo," and together with the Individual Defendants, "Defendants"), by and through their respective counsel, hereby stipulate, as follows:

1

WHEREAS, Plaintiff filed a putative derivative complaint ("Complaint") in this action ("Action") on December 17, 2025;

WHEREAS, Defendants were served with process in this Action on or around December 18, 2025;

WHEREAS, Defendants have agreed to waive service, without waiver as to any of the Defendants' claims, defenses or objections, including any objection to forum or venue, and including any defense the claims were not timely made;

WHEREAS, the deadline to answer, move, or otherwise respond to the Complaint is February 17, 2026;

WHEREAS, Plaintiff and Defendants ("Parties") have met and conferred to discuss next steps in the above-captioned Action, and believe it is in the interest of all Parties that Primo's deadline to answer, move, or otherwise respond to the Complaint in this Action be extended to permit continued discussions between the Parties;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendants' time to answer, move, or otherwise respond to the complaint in the above-captioned Action is hereby extended to February 27, 2026.

2. This extension is without prejudice to any Party's right to seek further extensions or otherwise move the Court for appropriate relief.

Dated: February 13, 2026

Respectfully submitted,

/s/ Jessica L. Bengels
Jessica L. Bengels (ct29396)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Facsimile: (212) 751-4864
Email: jessica.bengels@lw.com

Colleen C. Smith (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Email: colleen.smith@lw.com

Christopher S. Turner (*pro hac vice* forthcoming)
Matthew J. Peters (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: christopher.turner@lw.com
Email: matthew.peters@lw.com

*Attorneys for Defendants Eric J. Foss, C. Dean Metropoulos, Britta Bomhard, Susan E. Cates, Michael J. Cramer, Jerry Fowden, Tony W. Lee, Billy D. Prim, Kimberly Reed, Steven P. Stanbrook, Robbert Rietbroek, Joseph Rosenberg, Allison Spector, Kurtis Barker, Davis Hass, Jason Ausher, and Nominal Defendant Primo Brands Corporation*

Dated: February 13, 2026

*/s/*
Brian S. Cohen
**LACHTMAN COHEN & BELOWICH LLP**
500 West Putnam Avenue, Suite 400
Greenwich, CT 06830
Telephone: (203) 404-4960
Email: bcohen@lcb-law.com

Vincent A. Licata
Leah B. Wihtelin
**RIGRODSKY LAW P.A.**
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7690
Facsimile: (302) 654-7530

Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Attorneys for Plaintiff Yadira Torres*

SO ORDERED: _____
                U.S. District Judge Janet C. Hall