UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YADIRA TORRES, Derivatively on Behalf of Nominal Defendant PRIMO BRANDS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC J. FOSS, C. DEAN METROPOULOS, BRITTA BOMHARD, SUSAN E. CATES, MICHAEL J. CRAMER, JERRY FOWDEN, TONY W. LEE, BILLY D. PRIM, KIMBERLY REED, STEVEN P. STANBROOK, ROBBERT RIETBROEK, JOSEPH ROSENBERG, ALLISON SPECTOR, KURTIS BARKER, DAVIS HASS, and JASON AUSHER,<br><br>Defendants,<br><br>and<br><br>PRIMO BRANDS CORPORATION,<br><br>Nominal Defendant. | Case No. 3:25-cv-02108-JCH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(1)(A)(i), plaintiff Yadira Torres ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action"), without prejudice, as to all defendants ("Defendants"), and with each party to bear his or her own costs and attorneys' fees. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

|  |  |
|---|---|
| Dated: February 24, 2026 | **LACHTMAN COHEN & BELOWICH LLP**<br><br>*/s/ Brian S. Cohen*<br>Brian S. Cohen<br>500 West Putnam Avenue, Suite 400<br>Greenwich, CT 06830<br>Telephone: (203) 404-4960<br>Email: bcohen@lcb-law.com<br><br>**RIGRODSKY LAW, P.A.**<br>Gina M. Serra<br>225 Broadway, Suite 3707<br>New York, NY 10007<br>Telephone: (212) 201-7690<br>Facsimile: (302) 654-7530<br>Email: gms@rl-legal.com<br><br>**GRABAR LAW OFFICE**<br>Joshua H. Grabar<br>One Liberty Place<br>Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (267) 507-6085<br>Email: jgrabar@grabarlaw.com<br><br>*Attorneys for Plaintiff* |